UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JERRY DON JOHNSON, # 286979,<br>    Plaintiff,<br><br>-v-<br><br>TIM KIPP,<br>    Defendant. | No. 1:14-cv-199<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having resolved all claims against Plaintiff Johnson, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 30, 2015                    /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge